# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| George Edward Tyler Jackson  *Petitioner*  v.  State Of Florida  Alachua County  8th Judicial Circuit  *Respondent*  *(name of warden or authorized person having custody of petitioner)* | ) ) ) ) ) ) ) ) ) ) ) ) 1-24-cv-129-mw/ MJF  Case No. 01-2023 CF 001592A  *(Supplied by Clerk of Court)* |

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: George Edward Tyler Jackson
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: Alachua County Jail
   (b) Address: 3333 NE 39th Ave
   Gainsville, FL 32609
   (c) Your identification number: AS023MNI007890
3. Are you currently being held on orders by:
   ☐ Federal authorities ☑ State authorities ☐ Other - explain:

4. Are you currently:
   ☑ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: _____
   (b) Docket number of criminal case: _____
   (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: _____

**Decision or Action You Are Challenging**

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

FILED USDC FLND GV
JUL 26 '24 AM 11:35

☑ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Alachua County 8th Judicial Circuit
   (b) Docket number, case number, or opinion number: 01-2023-CF-001592-A
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):

   | | | |
   |---|---|---|
   | 1. Kidnap: Commit or Facilitate Commisson of Felony | First Degree | filed |
   | 2. Sex ASSLT:By 18yr oldr vic; 18y oldr no phy forc VI | Second Degree | (Nolle PROSEQUI) |
   | 3. Kidnap-False Imprisonment ADULT | Third Degree | (Nolle PROSEQUI) |

   (d) Date of the decision or action: 05/19/2023

   ## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes ☑ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

   (b) If you answered "No," explain why you did not appeal: I have sent many requests motions filed on my beh[alf] to court appointed lawyer Jamie Elias Mann back in 2023 and John R Broling presently.

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes ☑ No

(a) If "Yes," provide:
  (1) Name of the authority, agency, or court: _____
  
  (2) Date of filing: _____
  (3) Docket number, case number, or opinion number: _____
  (4) Result: _____
  (5) Date of result: _____
  (6) Issues raised: _____
  
  _____
  _____
  _____
  _____
  _____
  _____

(b) If you answered "No," explain why you did not file a second appeal: _____

_____

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes   ☒ No
   
   (a) If "Yes," provide:
     (1) Name of the authority, agency, or court: _____
     
     (2) Date of filing: _____
     (3) Docket number, case number, or opinion number: _____
     (4) Result: _____
     (5) Date of result: _____
     (6) Issues raised: _____
     
     _____
     _____
     _____
     _____
     _____
     _____

   (b) If you answered "No," explain why you did not file a third appeal: _____

   _____

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?
    ☐ Yes   ☒ No
    
    If "Yes," answer the following:
    (a)   Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
          ☐ Yes          ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes ☑ No
If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: N/A
_____
_____
_____
_____

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes ☑ No
If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes ☐ No

If "Yes," provide:
(1) Date of filing: ___
(2) Case number: ___
(3) Result: ___
(4) Date of result: ___
(5) Issues raised: ___

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes  ☐ No
If "Yes," provide:
(1) Name of court: ___
(2) Date of filing: ___
(3) Case number: ___
(4) Result: ___
(5) Date of result: ___
(6) Issues raised: ___

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☑ Yes  ☐ No
If "Yes," provide:
(a) Kind of petition, motion, or application: Nelson Inquiry
(b) Name of the authority, agency, or court: Circruit Court for the 8th Judicial Court, Alachua County Florida

(c) Date of filing: 07/21/2024
(d) Docket number, case number, or opinion number: 01-2023-CF-001592-A
(e) Result: Withdrawn
(f) Date of result: 02/28/2024
(g) Issues raised: improper representation by Court Appointed attorney, Jamie Elias Mann. Nelson inquiry was withdrawn due to recommendation from Honorable Judge Pena on 02/26/2024. Another Nelson Inquiry was filed on 04/18/2024 to withdraw due to conflict of interest. The motion to withdrawal was granted on 04/19/202_ appointing Regional Counsel, John R. Broling.

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** False Sworn Complaint (no affidavit)

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
My current incarceration was the direct result of a falsified sworn statement in which no affidavit was filed with the courts. This false sworn statement is the basis for my conutined incarceration as of today, 07/21/2024. In addition this false statement has been presented and used in my court proceednges.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND TWO:** Legality of Unjustifed Warrant - Flowood, MS 39232.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Upon initital arrest, my name was ran through NCIC and WIN and there was no outstanding warrant(s) in the system. This was done by Alachua County Police officers on the location at my arrest at Pilot Truck Stop in Waldo, FL 32694.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND THREE:** Exculpatory Evidence

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
During my entire incarceratioin there has been numerous pieces of evidence that has been missing and withheld fors weeks by the state prior to formally filing charges. After formal charges were filed the state continued to withhold "key" evidence that proves my innocence for duration of at least eleven months and counting.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☒ No

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

    **GROUND ONE:** False Sworn Complaint (no affidavit)

    (a) Supporting facts *(Be brief. Do not cite cases or law.)*:
    My current incarceration was the direct result of a falsified sworn statement in which no affidavit was filed with the courts. This false sworn statement is the basis for my conutined incarceration as of today, 07/21/2024. In addition this false statement has been presented and used in my court proceedngs.

    (b) Did you present Ground One in all appeals that were available to you?
    ☐ Yes  ☒ No

    **GROUND TWO:** Legality of Unjustifed Warrant - Flowood, MS 39232.

    (a) Supporting facts *(Be brief. Do not cite cases or law.)*:
    Upon initital arrest, my name was ran through NCIC and WIN and there was no outstanding warrant(s) in the system. This was done by Alachua County Police officers on the location at my arrest at Pilot Truck Stop in Waldo, FL 32694.

    (b) Did you present Ground Two in all appeals that were available to you?
    ☐ Yes  ☒ No

    **GROUND THREE:** Exculpatory Evidence

    (a) Supporting facts *(Be brief. Do not cite cases or law.)*:
    During my entire incarceratioin there has been numerous pieces of evidence that has been missing and withheld fors weeks by the state prior to formally filing charges. After formal charges were filed the state continued to withhold "key" evidence that proves my innocence for duration of at least eleven months and counting.

    (b) Did you present Ground Three in all appeals that were available to you?
    ☐ Yes  ☒ No

**GROUND FOUR:** Withholding Exculpatory Evidence

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The Alachua County Police Officers and State prosecution (District Attorney's) overlooked and bliantly disregardec any exculpatory evidence that have should have been presented to the courts. This disregard can be visible in all aspects to wrongful incarceration.

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes ☑ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: N/A

**Request for Relief**

15. State exactly what you want the court to do: I am requesting that the court thoroughly reviews my case and all douments attached to rule in favor of dismissal of all my charges with prejudice and exoneration. In addition, I am respectfully requesting that the faslified warrant, and all charg to become nolle/expunged from the state of Florida and the of Mississippi.

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:
_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 07/21/2024

*George E. T. Jackson*
Signature of Petitioner

*Rita M. Louk*
Signature of Attorney or other authorized person, if any

George Jackson c/o Brianna Jackson
P.O. Box 1874
Elkins, WV 26241

I CHECKED JUL 2 6 2024

USPS SIGNATURE® TRACKING #
9534 9124 6611 4205 2775 56

CLERK, U.S. DISTRICT COURT
401 S.E. FIRST AVENUE
Room 243
GAINESVILLE, FLORIDA 32601-6895

CERTIFIED MAIL
7015 1730 0000 0701 2824

Retail
U.S. POSTAGE PAID
USPS Ground Advtg
BEVERLY, WV 26253
JUL 23, 2024
$16.15
RDC01  32601  1 Lb 1.30 Oz  R2305H127446-05