# Memorandum

1-24-cv-129
mw/ MJF

## Grounds for Your Challenge in This Petition Continued:

### Ground ONE:

In addition, the warrant provided has no signature. Deposition that was previously done on 01/30/2024 has no certification page and Zoom video has not been yet presented to me at my request.

**The DA's and Officers are in violation of Wess's**

-198.13 sub-section (1)(B)

Reference: Edmond Adamo VS. State of Florida

### Ground TWO:

Even though my name was run through both NCIC and WIN by Alachua County Police Department on 05/19/2023, resulted with no active warrants. However, upon soon after my intake into the Alachua County Jail, in Gainesville, FL. I was informed that I had a hold in Flowood, MS. My mother, Rita M. Louk (POA) called Flowood, MS and was told that there was an active warrant with no bond. Due to Alachua officer's running my name, this establishing that charges were brought against me in Flowood, MS after I was already incarcerated in Alachua County Jail after the 40th (forty) day.

**Who issued warrant:**

Judge Leland
Court Services
Flowood Municipal Court
Flowood Municipal Complex
2101 Airport Rd. B
Flowood, MS 39232
(601)-420-3364

### Ground THREE and FOUR:

I have respectfully requested the following motions be filed with the court to show cause of determination, speedy trial, Habeas Corpus, Dismissal, multiple subpoenas for witnesses. There are missing pieces to my discovery, and I have requested on multiple occasions with my previous court appointed lawyer, Jamie Elias Mann and now regional counsel John R. Broling.

FILED USDC FLND GV
JUL 26 '24 AM 11:36

Previous counsel Jamie Elias Mann, stated that he had approx. 80-100 hours of video surveillance, text thread, deposition and these crucial pieces of evidence are what shows my innocence. I later found out when I got appointed Regional Counsel that these pieces of evidence were never retrieved from the public defender's office nor the state. I have been denied by Regional Counsel John R. Broling for a speedy trial. I have been denied my request multiple times on different occasions for Habeas Corpus to be filed through the 8th Judicial Circuit Court in Gainesville, FL.

**Please see attached additional supporting documents:**

- Defendant's Motion for Bond Reduction (covers key points in presented in this petition
- Notice of taking depositions
- Motion to withdraw due to conflict of interest
- Order granting motion to withdraw and appointing regional counsel
- Letter from Rita M. Louk (POA) and Brianna M. Jackson (sibling)

DURABLE POWER OF ATTORNEY

Know all Men by these Presents, that I, _Marshall_ 

known as my attorney in fact, do hereby appoint __George E.T. Jackson / Jennesse Lowe__, Maker,
__Rita M. Lowe__, donee

To manage and conduct my affairs. This Power of Attorney shall be non-delegable except as otherwise provided in Florida Statutes, and shall be valid and effective from date hereof until such time as I shall die or revoke the power. This durable power of attorney is not affected by subsequent incapacity of the principal except as provided in Florida Statutes.

The property subject to this durable power of attorney shall include all real and personal property owned by me, my interest in all property held in joint tenancy, my interest in all non-homestead property held in tenancy by the entirety, and all property over which I hold power of appointment and shall also include authority to sell, mortgage or convey my homestead property.

Without limiting the broad powers intended to be conferred by the preceding provisions, I expressly authorize my attorney acting hereunder in a fiduciary capacity to do and execute all or any of the following acts, deeds, and things for me/and on my behalf:

1. COLLECTION POWERS: To ask, demand, sue for, recover, collect, receive all sums of money, bank deposits, chattel, and other real or personal property, tangible or intangible, of whatsoever nature or description that may be due, owing, payable or belonging to me, and to execute and deliver receipts, releases, cancellations or discharges.

2. PAYMENT POWERS: To settle any account or reckoning whatsoever wherein I now am or at any time hereafter shall be in any way interested or concerned with any person whomsoever, and to pay or receive the balance thereof as the case may require.

3. SAFE DEPOSIT BOXES: To enter any safe deposit or other place of safekeeping standing in my name with full authority to remove any and all the contents thereof and to make additions, substitutions and replacements, specifically including any safe deposit box in my name jointly with my spouse or any other person.

4. BANKING POWERS:
   (a) To borrow any sum or sums of money on such terms and with such security, whether real or personal property belonging to me, as my attorney may think fit, and to execute any and all notes, mortgages and other instruments which my attorney may deem necessary or desirable.
   (b) To draw, accept, make, endorse or otherwise deal with any checks, promissory notes, bills of exchange or other commercial or mercantile instruments, specifically including the right to make withdrawals from any savings account or building or loan deposits.
   (c) To redeem or cash in any/or all bonds issued by the United States Government or any of its agencies, any other bonds and any certificates of deposit or other similar assets or securities belonging to me
   (d) To sell all or any bonds, shares of stock, warrants, debentures, or other securities belonging to me, and to execute all assignments and other instruments necessary or proper for transferring the same to the purchaser or purchasers thereof, and to give good receipts and discharges for all monies payable in respect thereof.
   (e) To invest the proceeds of any redemptions or sales aforesaid, and any other of my monies, in such bonds, shares of stock and other securities as my attorney shall think fit, and from time to time to vary the said investments or any of them.



"POA"                                                                                                   Page 1 of 3

terms and conditions as my attorney may see fit. If other persons have such right with me or another party having so to me, and to appoint out of any other interest to any such proper teast.

6. TAX POWERS: To sign and execute any and all returns, state or federal relating to income, gift or sales, intangible or other taxes, state or federal, and to act for me in any examination, audit, hearings, or otherwise in litigation relating to any such taxes, including actions to file and prosecute refund claims, and to enter into and effect any settlements.

7. TRUST POWERS:

   (a) To execute a revocable or irrevocable trust which provides that all income and principal shall be paid to me or the guardian of my estate, or applied for my benefit in such manner as I or my attorney hereunder shall request or as the Trustee shall determine, and that on my death any remaining assets, including income, shall pass according to my will or intestate succession if I have no will.

   (b) To make additions of funds and assets, real and personal, to any trust established by me.

8. BUSINESS INTERESTS:

   (a) To sell, rent, lease for any term, or exchange, any real estate or interests therein, for such considerations and upon such terms and conditions as my attorney may see fit, specifically including the power and authority to execute acknowledge and deliver deeds, mortgages, leases and other instruments conveying or encumbering title to property owned by me and my spouse jointly.

   (b) To commence, prosecute, discontinue or defend all actions or other legal proceedings touching my estate or any part thereof, or touching any matter in which I or my estate may be in any way concerned.

   (c) The powers herein conferred upon my attorney shall extend to and include all of my right, title and interest in and to any real and personal property, tangible or intangible, in which I may have an estate by the entirety, joint tenancy, tenancy in common, as trustee or beneficiary of any trust, or in any other manner.

9. PERSONAL INTERESTS:

   (a) To make gifts, outright or in trust, in an amount not greater than $10,000.00 per donee per year or the amounts allowed without gift tax consequences under the appropriate Internal Revenue code provisions (including my attorney hereunder appointed)

   (b) To arrange for my entrance to and care at any hospital, nursing home, health center, convalescent home, retirement home or similar institutions

   (c) To renounce or disclaim any interest acquired by testate or intestate succession or by inter vivos transfer.

10. HEALTH CARE POWERS:

    (a) To authorize, arrange for, consent to, waive and terminate any and all medical and surgical procedures on my behalf ( including any election of election and agreement, under the Life-Prolonging Procedures Act of Florida with request to providing, withholding or withdrawing life prolonging procedures should I fail to make a declaration hereunder) and to pay or arrange compensation for my care.

    (b) To make health care decisions for me and to provide informed consent if I am incapable of making health care decisions or providing informed consent

        (i) To be the final authority to act for me and to make health care decisions for me in matters regarding my health care during any period in which I have the incapacity to consent.

        (ii) To expeditiously consult with appropriate health care providers to provide informed consent in my best interest and make health care decisions for me which my said Surrogate believes I would have made under the circumstances if I were capable of making such decisions.

        (iii) To give any consent in writing using the appropriate consent form.

        (iv) To have access to appropriate clinical records regarding me and have authority to authorize the release of information and clinical records to appropriate persons to insure the continuity of my health care.


"POA"

...necessary, such as Medicare and Medicaid, to me and have
...my income and assets to the extent required to make such
...on my behalf, including but not limited to those set forth in F.S.
...

...any and all acts, deeds, matters and things whatsoever in or about my estate, property and
...with the persons jointly concerned with me therein in dealing all such deeds, matters and things
...as generally described, as fully and effectually to all intents and purposes as I could do
...

...not is executed by me in the State of Florida but it is my intention that the powers and authority
...conferred upon my attorney as authorized by the laws of Florida now or hereafter in force and effect
...in any other state or jurisdiction where I may have any property or assets.

...ratification, and promise at all times to ratify and confirm all and whatsoever my duly authorized attorney
...lawfully do or cause to be done by virtue of these presents, including anything which shall be done
...the revocation of this instrument by my death or in any other manner and notice of such revocation reaching my
...hereby declare that as against me and all persons claiming under me everything which my said attorney
...cause to be done in pursuance hereof after such revocation as aforesaid shall be valid and effectual in favor of
...claiming the benefit thereof who, before the doing thereof, shall not have had notice of such revocation.

IN WITNESS WHEREOF, I have executed this Durable Power of Attorney.

_____ 10/19/23        _____ 10/17/23
Witness Signature        Date             Signature               Date

_____ 10-17-23        GEORGE E.T. JACKSON
Witness Signature        Date             Print Name

State of Florida
County of Alachua

Before me, the undersigned authority, duly authorized to take acknowledgements and administer oaths, personally
appeared George E.T. Jackson, personally known to me to be the person described above, who being by
me first duly sworn states that (his or her) is the person who executed the foregoing instrument for the reasons expressed
therein.

Dated this 17th day of October, 2023

AARON HARRIS
Commission # HH 346147
Expires January 17, 2027

NOTARY PUBLIC
My Commission Expires: 1/17/27

*POA* 11/2020

 

# ALACHUA COUNTY SHERIFF'S OFFICE
# JACKSON, GEORGE EDWARD TYLER
## Booking Information

High Profile ☐  Suicidal ☐  Escape Risk ☐  Hold For: ☑ FUGTIVIE MISSISSIPPI



**Booking #:** ASO23JBN002613  **MNI:** ASO23MNI007890  **Cell:** ACSO DOJ*4H*ALT*007
**Address:** 5925 CRESTWOOD DR GRAND BLANK, MI 48439
**Phone:** 810-498-5916  **DOB:** 04/28/1978  **BIRTHPLACE:** ELKIN,, WV
**CITIZENSHIP:** UNITED STATES  **FBI POB:** WV  **MARITAL STATUS:**
**RACE:** B  **SEX:** M  **HGT:** 6'02"  **WGT:** 215  **HAIR:** BLK  **EYES:** BRO  **SSN:**
**FBI:**  **SID:**  **DL:** J250275188325  **STATE:** MI
**OBTS:**

**Occupation:**  **Employer:**  **Phone:**

**Booked:** 5/19/23 23:01  **Booked By:** GEISLER, ANDREA
**Released:**  **Searched By:** ECHEVERRI, JOHNNY A
 **Photo By:** BOSTON, LONIKA
 **Print By:** ECHEVERRI, JOHNNY A

Inmate does hereby acknowledge receipt of all property and $_____ from the agency as correct.

_____  _____  _____
Inmate Signature  Officer Signature  Witness Signature

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA

STATE OF FLORIDA,
        Plaintiff,

Case No. 01-2023-CF-1592-A

Division II

vs.

GEORGE EDWARD TYLER JACKSON,
        Defendant.

---

### DEFENDANT'S MOTION FOR BOND REDUCTION

The Defendant, by and through the undersigned assistant regional counsel, and pursuant to Rule 3.131, Florida Rules of Criminal Procedure, moves the Court to enter an order reducing the bond previously set in the above-styled cause, and grounds for said motion states:

1. The Defendant, George Edward Tyler Jackson is charged by information with kidnapping and sexual battery. His bond is $500,000 per count, or $1,000,000 in the aggregate. The bond is presently too high for Mr. Jackson or his family to post.

2. Mr. Jackson is currently in the Alachua County Detention Center, and has been continuously in custody since May 19, 2023, more than 400 days ago.

3. This case is now in a trial posture, but the State sought and was granted a continuance on July 1, 2024. Mr. Jackson, through counsel, opposed that continuance.

4. As grounds for the continuance, the State advised the Court that the State had not yet received a sexual assault kit and recently received new witnesses the State would like to call.

5. Additionally, the Sheriff's Office inexplicably took nearly 10 months to produce the phone extraction from the phones seized from Mr. Jackson. Upon receipt of the phone, the undersigned discovered that the texts, voicemails, and GPS data is *entirely* exculpatory.

6. Mr. Jackson should not have to sit in jail while the State prepares its case. Additionally, the State's case has significant factual problems.

7. During the Public Defender's representation of Mr. Jackson, prior counsel obtained surveillance video from a number of locations throughout the southeast that demonstrate that the alleged victim had the freedom to move about outside Mr. Jackson's truck and outside the presence of Mr. Jackson. Video additionally shows that the alleged victim had the opportunity to complain at any time during her voluntary travels with Mr. Jackson.

8. Mr. Jackson's tractor-trailer is equipped with GPS tracking, and the vehicle itself is monitored as to its operation. All of this data was available to law enforcement during the week the alleged victim traveled with Mr. Jackson.

9. At no time during their travels was Mr. Jackson out of contact with his employer, and at no time were Mr. Jackson's GPS devices inoperable. Mr. Jackson reported the presence of the alleged victim to his employer as his employer's policy requires, and provided a photo of the alleged victim's driver's license to his employer.

10. Mr. Jackson has never failed to appear before a court, and should not be considered a flight risk.

11. Should the Court find it necessary, Mr. Jackson will wear an electronic monitor until the instant case is resolved.

[SIGNATURE PAGE TO FOLLOW]

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been furnished to Assistant State Attorney Nicole Reed by electronic service at eservice@sao8.org on this July 1, 2024.

CANDICE K. BROWER
REGIONAL COUNSEL

By: /s/ John Lyon Broling
John Lyon Broling
Assistant Regional Counsel
Florida Bar No. 96059
235 South Main Street, Suite 205
Gainesville, Florida 32601
Phone 352-377-0567
john.broling@rc1fl.com

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT,
IN AND FOR ALACHUA COUNTY, FLORIDA

STATE OF FLORIDA  
    Plaintiff,  
vs.

CASE NUMBER: 01-2023-CF-001592-A

DIVISION II

GEORGE EDWARD TYLER JACKSON  
    Defendant.  
_____/

## NOTICE OF TAKING DEPOSITIONS

PLEASE TAKE NOTICE that pursuant to Rule 3.220 of the Florida Rules of Criminal Procedure, depositions of the following witness/es will take place at Zoom Conferencing

Meeting link will be sent via email just prior to scheduled start time.

If you have any questions, please email wendy@floridadigitalreporting.com. on the below listed date/s and time/s.

01/30/2024 10:30 AM        MS. ANDREA BETH WATROUS

## CERTIFICATE OF COUNSEL

THE UNDERSIGNED CERTIFIES that a good faith effort was made to coordinate the deposition schedule herein.

## CERTIFICATE OF SERVICE

THE UNDERSIGNED CERTIFIES that a true and correct copy of the foregoing has been furnished to Nicole Reed, Assistant State Attorney, at 120 W. University Ave, Gainesville, Fl 32601, eservice@sao8.org, via E-Service, on January 12, 2024.

s/ *Jamie E. Mann*  
Jamie E. Mann  
Assistant Public Defender  
Florida Bar Number 121586  
LAW OFFICES OF STACY A. SCOTT  
PUBLIC DEFENDER  
151 Sw 2nd Avenue  
Gainesville, Fl 32601  
(352) 338-7371  
E-Mail: mannj@pdo8.org  
E-Service: eservice@pdo8.org

**COPIES FURNISHED TO:**  
Florida Digital Reporting, Court Reporter

Filing # 196510466 E-Filed 04/18/2024 03:17:32 PM

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT,
IN AND FOR ALACHUA COUNTY, FLORIDA

STATE OF FLORIDA
    Plaintiff,
vs.

CASE NUMBERS: 01-2023-CF-001592-A

DIVISION II

GEORGE EDWARD TYLER JACKSON
    Defendant.
_____/

## MOTION TO WITHDRAW DUE TO CONFLICT OF INTEREST

COMES NOW, Jamie E. Mann, Assistant Public Defender for the Eighth Judicial Circuit, and respectfully moves this Court to relieve the Office of the Public Defender for the Eighth Judicial Circuit of Florida from further responsibility in the above-styled case.

AS GROUNDS for this Motion, the Petitioner would state that an irreconcilable conflict of interest exists in representing the Defendant, George Edward Tyler Jackson.

WHEREFORE, the Petitioner respectfully requests that he/she be relieved from further responsibility in the above-styled case and that a conflict-free Attorney be appointed to represent the Defendant.

## CERTIFICATE OF SERVICE

THE UNDERSIGNED CERTIFIES that a true and correct copy of the foregoing has been furnished to Nicole Reed, Assistant State Attorney, at 120 W. University Ave, Gainesville, Fl 32601, eservice@sao8.org, via E-Service, on April 18, 2024.

    s/ *Jamie E. Mann*
    Jamie E. Mann
    Assistant Public Defender
    Florida Bar Number 121586
    LAW OFFICES OF STACY A. SCOTT
    PUBLIC DEFENDER
    151 Sw 2nd Avenue
    Gainesville, Fl 32601
    (352) 338-7371
    E-Mail: mannj@pdo8.org
    E-Service: eservice@pdo8.org

**COPIES FURNISHED TO:**
Alachua County Office of Criminal Conflict and Civil Regional Counsel

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT,
IN AND FOR ALACHUA COUNTY, FLORIDA

STATE OF FLORIDA
    Plaintiff,
vs.

CASE NUMBERS: 01-2023-CF-001592-A

DIVISION II

GEORGE EDWARD TYLER JACKSON
    Defendant.
_____/

### ORDER GRANTING MOTION TO WITHDRAW AND APPOINTING REGIONAL COUNSEL

THIS CAUSE, having come before this Court on Defense Counsel's Motion to Withdraw Due to Conflict of Interest, and the Court having found the Defendant indigent and that the facts warrant the appointment of Regional Counsel, it is hereby

ORDERED AND ADJUDGED that:

1. The Motion to Withdraw is GRANTED. The Office of the Public Defender for the Eighth Judicial Circuit is discharged of further responsibility to the Defendant, George Edward Tyler Jackson.

2. The Alachua County Office of Criminal Conflict and Civil Regional Counsel, Region 1, a member in good standing of the Florida Bar, is appointed to represent the Defendant, George Edward Tyler Jackson, in the above-styled case.

3. The Defendant is in custody, and currently resides at, or upon release would reside at, 5925 Crestwood Dr, Grand Blank, Mi 48439. The Defendant is scheduled for on at .

4. **Withdrawing counsel shall deliver all discovery and relevant items to appointed counsel within 72 hours of the date of this Order.**

DONE AND ORDERED in chambers at Gainesville, Alachua County, Florida, this Friday, April 19, 2024.

Phillip A. Pena, Circuit Judge
01-2023-CF-001592-A 04/19/2024 08:33:47 AM

**COPIES FURNISHED TO:**
Jamie E. Mann, Assistant Public Defender
Nicole Reed, Assistant State Attorney
Alachua County Office of Criminal Conflict and Civil Regional Counsel

Jamie Elias Mann (Bar# 121536)  February 7, 2024
Public Defenders Office-8th Circuit.
151 SW Second Avenue
Gainesville, FL 32601-6229


Brianna Jackson
PO BOX 1874
Elkins, WV 26241


Mr. Mann

Per our conversation on Thursday, January 25, 2024, at approximately 1:06pm and our phone interview was scheduled on Thursday, January 25, 2024 at 1:30pm, I informed you that George E.T. Jackson's mother and myself were present for the phone interview to discuss some concerns and questioning on case 01 2023 CF 001592 A.

Our conversation consisted of:

- Proper representation of your client (s) as your role as a public defender.
- If you and your team have all the evidence that is needed for George's case. For example:
    -Text messages, trucking log, timelines for each stop they made including Walmart and other trucking entities and all video surveillance.
- Protection of your client due to constitutional civil rights of client (s).
- The fact that George has only seen you three (3) times due to being incarcerated for approximately nine (9) months and still counting.
- Discussion was brought up about clerical errors due to alleged victim's name was hidden and "confidential" due to the severity and type charges of the case, but the alleged victim's name was present and plain as day on deposition scheduling paperwork that is released to the public. Question was asked why is this allowed?
- To ask when you, (Jamie Elias Mann) will be presenting the exculpatory evidence to the judge to prove his innocence.
- Habeas Corpus to filed in Florida to the Judge overseeing George's case to have charges removed from the state of Mississippi due to the evidence presented to show innocence of George Edward Tyler Jackson who is currently facing:

1   KIDNAP: COMMIT OR FACILITATE COMMISSION OF FELONY
2   SEX ASSLT: BY 18Y OLDR VIC 18Y OLDR NO PHY FORC VI
3   KIDNAP-FALSE IMPRISONMENT: ADULT


    First and foremost, I want you to understand the reasoning of this letter. This letter is to state the constitutional rights of your "client(s)" and other incarcerated individuals not only being

represented by yourself but other public defenders as well going forward. It is stated that the duty of a Public Defender and their role is: (I feel you know your role as a Public defender but pointing out some "key points" that George, his power of attorney and his family feel are very crucial due to his case and situations happening within Alachua County Jail, in Gainesville FL).

Role of Court appointed attorney:

"Zealously represent their clients and protect their rights under the constitution. Seek equal justice under the law to ensure clients are given fair opportunity to be heard in court."
Mr. Mann this was part of our conversation and big part due to the situations that have happened with in the facility and the threat that was made to my mother (Rita Louk) who is disabled and on 100 percent oxygen calling to ask and concerned on behalf of her son, George Eward Tyler Jackson, by SGT. Garcia stating that George was the common denominator and if she was to call back that he would put George in the segregation unit (Suicidal/Mental Health unit 4E). SGT. Garcia immediately went to George and stated the same statement that if his mother was to call back that he would be moved to the segregation unit (Suicidal/Mental Health unit 4E) with no warning. This is inhumane and violates an inmate's constitutional right along with an outside threat to a family member due to calling in concerns of her son. This is unacceptable.

Mr. Mann, you then explained to my mother and I, that if you were to worry and do something about the protection of your "client" that it would take away from the initial case and you were not exactly sure what could be done. I then stated to you at some point due to this issue that "that was unfortunate, Mr. Mann."
I also asked you to go in and speak with George because he has no updated information on his case and you explained that if you gave him an hour block of time, not talking about fifteen (15) or thirty (30) minute intervals that you wouldn't be able to see him twice (2) a week. As it has appeared now, you have only met with George approximately three (3) times in the approximately nine (9) months he has been incarcerated. Mr. Mann, you also stated that you should not have to go in and tell a grown man to relax, and I rebuttable back with, "I am not asking you to go in and coddle him, I'm asking you to go in and discuss what you have and were the case lies to ease his mind!!" Due to him being blindsided and taken into a court room with no recollection on what the status is and then finding out going forward it's another case management and being pushed back due to your error of the office for the deposition or alleged victim or whatever the initial reasoning is. George has no clue why??? This is truly unacceptable due to not being kept in the loop of the case and you admitted that you should keep George more in the "loop", due to the charges being so severe and the innocence of a man that clearly was setup in all the "media" stories and evidence that is clearly showing his timeline matches and the evidence that is supposedly already retained.
It was then also discussed about why it is stated on the "State Appendix Discovery" (that is public record) the alleged victim is listed under witnesses as A.B.W (witness) confidential but on the documents that are also public record for depositions that were scheduled twice (2) (one(1) on December 21, 2023 which was cancelled/rescheduled due to an error in your office for a medical reasoning, but was stated to George after case management that "you were not able to make contact with the alleged victim and that she possibly moved to another state" Not your exact words but what George recollected from your statements. and now was rescheduled for

January 30, 2024). I asked the question why her name was now visible due to the type charges that are up against George, and you responded, "that she was over 18yrs old and wasn't underage, but you would look into it and if there was a clerical area then it would be brought to the clerks' attention to be fixed." Those aren't your exact words, but this is what I understood from what was being stated. We are still wondering how and why her name could be public record, no matter how old the alleged victim is due to the severity of the charges, especially with accusing someone of human trafficking/kidnap and sexual battery??

Furthermore, it was asked when George's exculpatory evidence, Motion to show cause for determination, motion to dismiss would be presented and filed to the court to present the evidence that you stated you already had to show his innocence? Mr. Mann, you then stated that "you were not ready, and the case wouldn't move forward until you are ready," I then rebuttal back with, "George stated that the judge acknowledged George and yourself that we are going to need to come to a resolution, stated on November 8th 2023, and the 17th of January 2024." You then responded (not exact words) "That the judge could be getting frustrated but that you were not ready and that you wanted to be thorough and do it the right way." You also stated to Rita and myself that it was definitely going to be going to trial.

Also, I asked in the beginning of the conversation approximately about the Habeas Corpus being filed and printed to the judge for the charges in Mississippi. You then stated, "that an Habeas Corpus could not be filed to the Judge in Florida because he cannot tell another Judge what to do in another state" (not exact words but from what we understood that was being stated to us). From what George and his family gathers, we understand:

Under the Florida and United States Constitutions, you have the right to file a writ of habeas corpus if you are being locked up in a federal or state correctional facility (extradition, pre-trail detention). This type of writ in state or federal court. When you file your petition, you are asking the judge to decide whether your imprisonment is lawful.

A legal action that compels a person to produce another person who is being wrongfully detained. It is a fundamental civil liberty and one of the most important rights guaranteed by the US Constitution.

A writ of habeas corpus is a Latin expression with a long history, and it means "to produce the body" as a "writ" a writ of habeas corpus is a court order demanding that the government official deliver an imprisoned individual to the court, showing valid reason for that person's detention.

In conclusion, we are wondering why George hasn't been seen but three (3) times in the approximate nine (9) months he has been incarcerated? Per George, with some of these statements and dates given, he has asked to be seen numerous times and documents to be filed and they have not been viewed (because they haven't been filed on public record) or acknowledged in between case managements. We have advised him to call your office and he hasn't been able to get through successfully to legal counsel, only Beatty. Per George request, he has written multiple letters to your office and to the clerk's office. We understand that everything is a done in a timely manner but cannot understand why it was brought up in our conversation about the officers' statements not matching and why the boyfriend or "fiancé" was not part of the deposition due to him being apart of the whole situation at hand, conversations verbally and through text message and staying the night in the same truck stop

facility that the alleged victim is stating that she was kidnapped from. Also, the "fiancé" did not report her missing or did not do anything to state that the alleged victim was taken.

    Per George, he is asking for you to come and see him before the court date and give him time to explain and ask questions and discuss this case. As it should be, with your client. Bo has a loving family and friends, and we are just wanting clarification on what is going on and why his letters and requests to you, Jamie Elias Mann, as his court appointed lawyer have not given him any updates or taken the time to respond to some of his information that his been sent to your office. In all due respect, thank you again for taking the time to read this letter and address our concerns with George Edward Tyler Jackson's case.

Respectfully

*Brianna M. Jackson*
*Rita M. Louk*

Brianna Jackson
Rita Louk