IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**GEORGE EDWARD TYLER JACKSON,**

    *Petitioner*,

v.                                   **Case No.: 1:24cv129-MW/MJF**

**STATE OF FLORIDA,**

    *Respondent*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 5, and has also reviewed *de novo* Petitioner's objections, ECF No. 6. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 5, is **accepted and adopted**, over the Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241, ECF No. 1, is **DISMISSED without prejudice** for failure to exhaust administrative remedies and because *Younger v. Harris* requires this Court to abstain from interfering with Petitioner's state criminal prosecution." The Clerk shall close the

file.

    **SO ORDERED on September 17, 2024.**

                                              **<u>s/Mark E. Walker</u>**
                                              **Chief United States District Judge**